gued for respondent-appellee. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Martin F. Hockey, Jr., L. Misha Preheim; Amanda Blackmon, Y. Ken Lee, Office of General Counsel, Department of Veterans Affairs, Washington, DC.

(Prost , Chief Judge, Clevenger and Reyna , Circuit Judges ).

## JUDGMENT

Per Curiam

This Cause having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

lee Michelle K. Lee. Also represented by Coke Morgan Stewart, Meredith Hope Schoenfeld, Thomas W. Krause.

(Newman, Taranto, and Chen, Circuit Judges).

## JUDGMENT

Per Curiam

This Cause having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## IN RE: Steven C. CHUDIK, Appellant

### 2016-2171

United States Court of Appeals, Federal Circuit.

March 20, 2017

Eric Ryan Waltmire, Erickson Law Group, PC, Wheaton, IL, argued for appellant. Also represented by Gregory B. Beggs, Law Offices of Gregory B. Beggs, Downers Grove, IL.

Nathan K. Kelley, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for Appel-

## VOTER VERIFIED, INC., Plaintiff-Appellant

v.

## PREMIER ELECTION SOLUTIONS, INC., a Delaware Corporation, Diebold, Incorporated, an Ohio Corporation, Election Systems & Software, Inc., a Delaware Corporation, Defendants-Appellees

### 2016-2272
### 2016-2273

United States Court of Appeals, Federal Circuit.

March 20, 2017